UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>        Plaintiff,<br><br>    v.<br><br>SPEAKER, et al.,<br><br>        Defendants. | Case No. 17-cv-00663-JST (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

    A settlement conference was held on May 22, 2019, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

        ( X ) Plaintiff, Rafael Salas, Pro Se

        ( ) Warden or warden's representative

        ( X ) Office of the California Attorney General, Preeti Bajwa

        ( ) Other:

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3) The outcome of the proceeding was:

        ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

        ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.  Offer of settlement to remain open for 30 days from the May 22, 2019 Settlement Conference.

**IT IS SO ORDERED.**

Dated: 6/3/2019

ROBERT M. ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAFAEL SALAS,

    Plaintiff,

v.

SPEAKER, et al.,

    Defendants.

Case No. 17-cv-00663-JST (RMI)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 3, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rafael Salas ID: #:G-55918
Kern Valley State Prison
3000 W. Cecil Avenue
P.O. Box 5101, Fac.A, Bldg.5, Cell#127
Delano, CA 93216

Dated: June 3, 2019

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By *[signature]*
                                          Gloria Knudson, Deputy Clerk to the
                                          Honorable ROBERT M. ILLMAN