# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SALAS,<br><br>        Plaintiff,<br><br>  v.<br><br>FORKNER, et al.,<br><br>        Defendants. | Case No. 17-cv-00663-JST<br><br>**ORDER REOPENING CASE** |

On April 1, 2019, the Court administratively closed this case for settlement purposes. ECF No. 51 at 38. The case did not settle, and the Court has entered a new scheduling order for further proceedings. ECF Nos. 57, 66. Accordingly, the Clerk of Court shall reopen the case.

**IT IS SO ORDERED.**

Dated: May 1, 2020



JON S. TIGAR
United States District Judge